UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-61136-CIV-COHN/SELTZER

JON KRUTCHIK and
TAMMY KRUTCHIK,

      Plaintiff,

v.

JP MORGAN CHASE &
COMPANY, a foreign corporation;

      Defendant.
_____/

## ORDER GRANTING MOTION TO SUBSTITUTE PARTIES

**THIS CAUSE** is before the Court upon Plaintiffs' unopposed Motion to Substitute Parties [DE 15].  The Court has considered the Motion and the record, and is otherwise fully advised in the premises.  In this Motion, Plaintiffs advise that they wish to remove Tammy Krutchik as a Plaintiff in this action, as she is not an obligor to the credit card account that is the subject of litigation, and to substitute Chase Bank USA, N.A., the actual issuer of the card, as the Defendant.  Defendant J.P. Morgan Chase & Company does not oppose the Motion.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Substitute Parties is **GRANTED**.  Plaintiff Tammy Krutchik shall be removed as a Plaintiff in this action, and Chase Bank USA, N.A. shall be substituted for Defendant JP Morgan Chase & Company as the Defendant in this action.  Plaintiff is directed to serve Defendant Chase Bank USA, N.A. with the Complaint in this matter and a copy of the instant Order, or obtain a waiver of service, on or before **Monday, December 17, 2007**.  It is

further

**ORDERED AND ADJUDGED** that counsel for both Plaintiff Jon Krutchik and Defendant Chase Bank USA, N.A. shall file a Notice with this Court **within 10 days of receipt of this Order**, advising the Court as to whether their respective clients will consent to the adoption of the Motion for Arbitration and attendant briefing currently pending before the Court, which would otherwise be mooted by the removal of Defendant JP Morgan Chase & Company from the action.  It is further

**ORDERED AND ADJUDGED** that the pretrial deadlines, as set out in Judge Snow's Scheduling Order of September 24, 2007 are hereby **SUSPENDED** pending service of the Complaint on the new Defendant Chase Bank USA, N.A.  A new trial date and pre-trial deadlines will be set by the Court after service, or waiver thereof, has been obtained, and counsel for Defendant Chase Bank USA, N.A. has entered an appearance.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 3rd day of December, 2007.

/s/ James I. Cohn
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record