UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-61136-CIV-COHN/SELTZER

JON KRUTCHIK,

    Plaintiff,

v.

CHASE BANK USA, N.A.,
a foreign corporation,

    Defendant/Third-Party Plaintiff,

v.

GHAZALA SALAM, an individual,

    Third-Party Defendant.
_____/

### ORDER DENYING AS MOOT MOTION TO COMPEL ARBITRATION

**THIS CAUSE** is before the Court upon JP Morgan Chase & Co.'s Motion to Compel Arbitration as to Plaintiff Jon Krutchik [DE 10].  The Court has considered the Motion and the record in this matter, and is otherwise fully advised in the premises.  The Court notes that Defendant Chase Bank USA, N.A. has been substituted in this action for JP Morgan Chase & Co., and that counsel for new Defendant Chase Bank USA, N.A. has filed a Notice indicating it does not consent to the adoption of the previously filed Motion.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that former-Defendant JP Morgan Chase & Co.'s Motion to Compel Arbitration [DE 10] is **DENIED as moot**, in light of the substitution of parties.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,

Florida, on this 10th day of December, 2007.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record